Brian Hennessy, State Bar No. 226721
BHennessy@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone:  650.838.4300
Facsimile:  650.838.4350

Joseph Cutler, *pro hac vice application to follow*
JCutler@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101
Telephone:  206.359.8000
Facsimile:  206.359.9000

Attorneys for Plaintiff
FACEBOOK, INC.

Stephen N. Hollman, Esq., State Bar No. 55219
Business & Technology Law Group
160 W. Santa Clara Street, Suite 1050
San Jose, CA  95113
Telephone:  (408) 282-1949
Facsimile:  (408) 275-9930
E-Mail:  srh@businessandtechnologylawgroup.com

Attorneys for Defendant,
Steven Richter

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>     v.<br><br>Steven Richter,<br><br>              Defendant. | **Case No. 5:10-cv-04710-LHK**<br><br>**JOINT NOTICE OF INTENT TO SETTLE AND [PROPOSED] ORDER** |

Counsel for plaintiff, Facebook, Inc. ("Facebook"), and counsel for defendant, Steven Richter ("Richter"), Richter together file this Joint Notice of Intent To Settle and [Proposed] Order.

1. Between January 25, 2011 and the current date, Facebook and Richter have exchanged settlement documents a portion of which are confidential and a portion of which will be filed with the Court upon consummation of the final settlement.

2. The parties are under an obligation to file with the Court on February 2, 2011 a Case Management Statement and to participate in a Case Management Conference currently calendared for February 9, 2011 at 2:00 p.m.

3. Counsel for each party in this action represents to the Court that they believe their clients are close to reaching a final settlement of all claims at issue in this action.

4. As counsel and the parties work to consummate the final settlement, they believe that there should be no need for them to file a Joint Case Management Statement because they each now believe that the final settlement can be fully consummated.

5. It was the recommendation of the Court's Calendar Clerk and Courtroom Deputy that the parties respectfully request that the Court continue to March 2, 2011 the Case Management Conference so that the Court does not lose track of this action, and the parties now so request that continuance from the Court in light of the intended settlement referenced above.

//
//
//
//
//
//
//
//
//

**IT IS SO STIPULATED.**

DATED this 2nd day of February, 2011.

                                                **Perkins Coie LLP**

                                                By: /s/ *Brian Hennessy*
                                                      Brian Hennessy
                                                  Attorneys for Plaintiff,
                                                  FACEBOOK, INC.

I, Brian Hennessy, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

                                                **Business & Technology Law Group**

                                                By: /s/ *Stephen N. Hollman*
                                                    Stephen N. Hollman
                                                  Attorneys for Defendant,
                                                  STEVEN RICHTER

**PURSUANT TO STIPULATION OF THE PARTIES, AND THEIR RESPECTIVE COUNSEL, IT IS HEREBY ORDERED AS FOLLOWS:**

       1.      Based upon the intended settlement of this action, the parties and their counsel are relieved of the obligation to file with the Court on February 2, 2011 a Case Management Statement.

       2.      In order for the Court to keep track of this action, the Case Management Conference currently calendared for February 9, 2011 at 2:00 p.m. is continued to March 2, 2011 at 2:00 p.m.

       3.      In the event this action is not fully settled, the parties and their counsel are directed to file a Joint Case Management Statement with the Court by February 23, 2011.

DATED this 3rd day of February 2011.

                                                  *Lucy H. Koh*
                                        HONORABLE LUCY H. KOH
                                        United States District Judge