Brian Hennessy, State Bar No. 226721
BHennessy@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Joseph Cutler, *pro hac vice application to follow*
JCutler@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Plaintiff
  FACEBOOK, INC.

Stephen N. Hollman, Esq., State Bar No. 55219
Business & Technology Law Group
160 W. Santa Clara Street, Suite 1050
San Jose, CA 95113
Telephone: (408) 282-1949
Facsimile: (408) 275-9930
E-Mail: srh@businessandtechnologylawgroup.com

Attorneys for Defendant,
Steven Richter

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Steven Richter,<br><br>　　　　　Defendant. | Case No.  5:10-cv-04710-LHK<br><br>[~~PROPOSED~~] STIPULATION FOR JUDGMENT |

LEGAL20236692.1 　　　　　　　　　　-1-　　　　　[~~PROPOSED~~] STIPULATION FOR JUDGMENT – CASE NO. 5:10-cv-04710-LHK

In accordance with a confidential Settlement Agreement and Mutual Release between plaintiff, Facebook, Inc. ("Facebook"), and defendant, Steven Richter ("Richter"), Richter stipulates to judgment as follows:

1. Richter consents to this Court's jurisdiction over the subject matter at issue in this action.

2. Richter consents to this Court's personal jurisdiction for the purposes of entry and enforcement of this Stipulation for Judgment.

3. Richter consents to entry of judgment for monetary relief against him and in favor of Facebook, Inc. in the amount of one hundred seventy-five thousand dollars ($175,000.00).

4. Richter agrees that this Stipulation for Judgment is final and may not be appealed by any party.

**IT IS SO AGREED.**

DATED this 22 day of February, 2011.

**Steven Richter**

Individually

**ASSENT BY PLAINTIFF**

Plaintiff Facebook, Inc. assents to the entry of the above Stipulation for Judgment, as authorized by defendant Steven Richter.

DATED this 23 day of February, 2011.

**FACEBOOK, INC.**

Litigation Counsel

LEGAL20236692.1                      -2-           [PROPOSED] STIPULATION FOR JUDGMENT -- CASE # 5:10-cv-04710-LHK

|   |   |
|---|---|
| 1 | By _____ |
| 2 | Its _ |

Approved as to form by:

**PERKINS COIE LLP**

By:/s/ Brian Hennessy
Brian Hennessy

Attorneys for Plaintiff
FACEBOOK, INC.

**Business & Technology Law Group**

By:/s/ *Stephen N. Hollman*
        Stephen N. Hollman

Attorneys for Defendant
STEVEN RICHTER

**PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.**

DATED this  25th  day of February, 2011.   *Lucy H. Koh*

_____
HONORABLE LUCY H. KOH