Brian Hennessy, State Bar No. 226721
BHennessy@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone:  650.838.4300
Facsimile:  650.838.4350

Joseph Cutler, *pro hac vice application to follow*
JCutler@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101
Telephone:  206.359.8000
Facsimile:  206.359.9000

Attorneys for Plaintiff
    FACEBOOK, INC.

Stephen N. Hollman, Esq., State Bar No. 55219
Business & Technology Law Group
160 W. Santa Clara Street, Suite 1050
San Jose, CA  95113
Telephone:  (408) 282-1949
Facsimile:  (408) 275-9930
E-Mail:  srh@businessandtechnologylawgroup.com

Attorneys for Defendant,
Steven Richter

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>                        Plaintiff,<br><br>        v.<br><br>Steven Richter,<br><br>                        Defendant. | Case No.  5:10-cv-04710-LHK<br><br>[PROPOSED] CONSENT DECREE |

In accordance with a confidential Settlement Agreement and Mutual Release between plaintiff, Facebook, Inc. ("Facebook"), and defendant, Steven Richter ("Richter"), Richter consents and stipulates to this Consent Decree as follows:

1.  Richter consents to this Court's jurisdiction over the subject matter at issue in this action.

2.  Richter consents to this Court's personal jurisdiction for the purposes of entry and enforcement of this Consent Decree.

3.  Richter consents to an entry of a permanent injunction enjoining him from:

    a.  Initiating or procuring transmission of unsolicited commercial electronic messages ("spam") on or through Facebook's computers, Facebook's website, Facebook's networks, or to Facebook users without Facebook's express written consent;

    b.  Creating or maintaining any Facebook Pages without Facebook's express written consent;

    c.  Creating or maintaining any Facebook applications without Facebook's express written consent;

    d.  Creating, directing, maintaining, or profiting from any marketing campaign targeted at Facebook users on facebook.com or targeting Facebook users through the use of Facebook services, without Facebook's express written consent;

    e.  Creating or maintaining any Facebook Profile without Facebook's express written consent;

    f.  Creating, purchasing, using, distributing, trafficking in, or selling fake or compromised Facebook user account information; and

    g.  Engaging in any activity that violates, or encourages, induces or facilitates others to violate Facebook's Statement of Rights and Responsibilities, Developer Policies and Principles; Advertising Guidelines or any other applicable terms of use.

1        4.      Richter agrees and stipulates that this Consent Decree is final and may not be

2    appealed by any party.

3

4

5        **IT IS SO AGREED.**

6    DATED this 22 day of February, 2011.

7                              **Steven Richter**

8

9

10                                Individually

11

12                    **ASSENT BY PLAINTIFF**

13    Plaintiff, Facebook, Inc., assents to the entry of the above Consent Decree, as authorized by

14    defendant, Steven Richter.

15    DATED this 23 day of February 2011.

16

17                    **FACEBOOK, INC.**

18

19                    By

20                    Its Litigation Counsel

21

22    Approved as to form by:

23    **PERKINS COIE LLP**

24

25    By:/s/ Brian Hennessy
            Brian Hennessy

26

27    Attorneys for Plaintiff
    FACEBOOK, INC.

28

1    **Business & Technology Law Group**

2

By:/s/ Stephen N. Hollman
3            Stephen N. Hollman

4    Attorneys for Defendant
STEVEN RICHTER
5

6        **PURSUANT TO AGREEMENT OF THE PARTIES, IT IS SO ORDERED.**

7    DATED this ___25th___ day of __February__, 2011.

8

9                                    _Lucy H. Koh_

10        HONORABLE LUCY H. KOH

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEGAL20236558.1                    -4-                    ~~PROPOSED~~ FINAL JUDGMENT ON
                                                    CONSENT 5:10-cv-04710-LHK